IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NANCY L. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:04-cv-01192-DRB |
| ) | [wo] |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the *Opinion* entered this date, it is **ORDERED, ADJUDGED and DECREED** that:

1. The decision of the Commissioner of Social Security is affirmed.

2. **JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, is entered for the Defendant, Commissioner of Social Security and against the Plaintiff, Nancy L. Mitchell.

3. This action is dismissed with prejudice.

Done this 23rd day of March, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE